**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Carlos HERRERA–SANCHEZ,
Defendant–Appellant.**

No. 04–50687.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Juan Carlos Herrera–Sanchez (Herrera) appeals the 60–month sentence he received after pleading guilty to one count of illegal reentry into the United States after having been deported. *See* 8 U.S.C. § 1326.

Herrera contends that his sentence should have been limited to two years because his indictment failed to allege a prior felony conviction used to increase his sentence. As he concedes, this contention is foreclosed by *Almendarez–Torres v. Unit-*

ed States, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998).

Herrera also contends that he is entitled to resentencing because the district court sentenced him under a mandatory application of the guidelines prohibited by *United States v. Booker,* —— U.S. ——, —— –——, ——, 125 S.Ct. 738, 756–57, 769, 160 L.Ed.2d 621 (2005). Herrera did not raise this issue in the district court, so we review it for plain error. *See United States v. Valenzuela–Quevedo,* 407 F.3d 728, 732 (5th Cir.2005); *see also United States v. Malveaux,* 411 F.3d 558 (5th Cir.2005). Although there was an error under *Booker,* Herrera fails to "demonstrate a probability sufficient to undermine confidence in the outcome ... that the district judge would have imposed a different sentence" under advisory guidelines. *Valenzuela–Quevedo,* 407 F.3d at 733 (internal quotation marks and citation omitted). Herrera therefore fails to show that the error affected his substantial rights as is necessary under the plain-error standard. *See id.; United States v. Mares,* 402 F.3d 511, 521–22 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.